FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELINDA DAIRE, | Case No. CV 13-00973 SVW (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROGER MASON, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the complaint is dismissed for lack of jurisdiction.

DATED: June 4, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____